UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 02CR 1 02 30 REK |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| REYES RADAME FAMILIA, | ) | Violation: |
| a/k/a JOSE GARCIA, | ) | 21 U.S.C. § 841(a)(1) - |
| a/k/a GERALDO RAMON | ) | Distribution of Heroin |
| O CAMPO | ) | |

## INDICTMENT

COUNT ONE:    21 U.S.C. §841(a)(1) - Distribution of Heroin

The Grand Jury charges that:

On or about January 16, 2002, at Lawrence, in the District of Massachusetts,

**REYES RADAME FAMILIA,
a/k/a JOSE GARCIA,
a/k/a GERALDO RAMON O CAMPO,**

Defendant herein, did knowingly and intentionally distribute and possess with the intent to distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON OF GRAND JURY

William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, July 10, 2002.

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

4